# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**  Case No.: 6:20−cv−01863−BR
    Plaintiff,

v.

**$36,858.50 (U.S.) CURRENCY, et al.**
    Defendant.

## Civil Case Assignment Order

**1.  Presiding Judge:** The above referenced case has been filed in the Eugene Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge............................Hon. Anna J. Brown
> Presiding Judge's Suffix Code*...........................BR
>
> *These letters must follow the case number on all future filings.

**2.  Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Bonnie Boyer
> Telephone:  503−326−8350
> Email:  chambers_brown@ord.uscourts.gov

**3.  Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

> Telephone:  541−431−4100

**4.  Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401. (*See* LR 3−1, LR 5−5.)

**5.  District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**6.  Free Legal Assistance for Pro Se Litigants:** Litigants proceeding pro se (without a lawyer) may qualify for free legal assistance from the Oregon Chapter of the Federal Bar Association's Free Federal Law Clinic. To see if you qualify, apply at fedlawclinic.com.

**DATED:  October 29, 2020**      **MARY L. MORAN**
    **Clerk of Court**

    by:  /s/ B. Davies
        B. Davies, Deputy Clerk