UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-cv-01863-BR |
| Plaintiff, | |
| v. | **WARRANT FOR ARREST AND SEIZURE OF PROPERTY** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*, | |
| Defendants. | |

TO:   THE UNITED STATES MARSHAL SERVICE

Based upon the complaint *in rem* filed herein praying that process issue for the arrest of defendants, *in rem*, $**36,858.50** U.S. Currency, and Assorted Precious Metals in Gold and Silver Bars, and the Court being satisfied that based upon the verified complaint filed in the above-entitled civil *in rem* forfeiture action that there is probable cause to believe that defendants, *in rem,* $**36,858.50** U.S. Currency, and Assorted Precious Metals in Gold and Silver Bars, represent proceeds traceable to an exchange for controlled substances or were used or intended to be used to facilitate such a transaction in violation of 21 U.S.C. § 841(a)(1)*,* and is forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

You are hereby commanded to arrest and take into your possession until further order of

the Court, defendant, *in rem*, $**36,858.50** U.S. Currency, and Assorted Precious Metals in Gold and Silver Bars.

    IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendants may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous. The claim must be filed not later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or <u>30 days</u> after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an answer to the complaint under Rule G(5)(b)within <u>21 days</u> after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 405 East Eighth Avenue, Eugene, Oregon 97401. The claim and answer must be served upon Judith Harper, Assistant United States Attorney, 310 West Sixth Street, Medford, Oregon 97501. Default and forfeiture may be ordered if these procedures are not followed. 18 U.S.C. § 983(a)(4)(A); Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**Dated:** October 30, 2020

                                                                          */s/ Anna J. Brown*
                                             **ANNA J. BROWN**
                                             United States Senior District Judge