SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:   (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-cv-01863-BR |
| Plaintiff, | |
| v. | **NOTICE OF PUBLICATION OF CIVIL FORFEITURE** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*, | |
| Defendants. | |

The United States of America, hereby files this notice of publication of forfeiture in compliance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as more particularly set forth in the declaration of Paralegal Dawn Susuico marked as Exhibit A.

DATED: **July 13, 2021**.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney

Notice of Publication of Civil Forfeiture                                                                 Page 1