# DECLARATION of DAWN SUSUICO

I, Dawn Susuico, do hereby declare,

1. I am a paralegal in the United States Attorney's Office in the District of Oregon, and I am familiar with the facts of this case.

2. I affirmed that the United States Attorney's Office posted a Notice of Civil Forfeiture in *United States v. $36,858.50 U.S. Currency et. al, in rem*, 6:20-CV-01863-BR, on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on **May 12, 2021**, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of July 2021.

*s/ Dawn Susuico*
DAWN SUSUICO
Paralegal