SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:   (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-cv-01863-BR |
| **Plaintiff,** | |
| v. | **STATUS REPORT** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*, | |
| **Defendants.** | |

The United States of America hereby files this status report in compliance with this Court's Order.  (ECF No. 4).

The owner of the defendant property in this matter who filed a claim in the administrative forfeiture process passed away in September 2020.   The government has attempted to reach any possible heirs to claimant's estate through contact with claimant's prior attorney, Brian Michaels. Through emails with Attorney Michaels on November 9 and 10, 2020; emails on December 3 and 4, 2020; emails on December 10, 2020; and emails on July 15, 2021, the government confirmed that Attorney Michaels has had contact with a sibling of the decedent, but has not

been able to confirm whether or not Attorney Michaels is able to accept service on behalf of the estate.

The government provided notice through www.forfeiture.gov for 30 days and on July 14, 2021 filed a notice of publication indicating publication is complete.   (ECF No. 5).

Through further investigation, the government located two possible relatives of the decedent in Pennsylvania and sent out certified mailings on August 4, 2021 to those two individuals.   The certified mailings request that these individuals file a claim in this matter no later than September 8, 2021 if they wish to assert an interest in the defendant property.

If no claim is filed by September 8, 2021, the government will file for a default judgment of forfeiture no later than September 30, 2021.

| | |
|---|---|
| DATED: **August 4, 2021**. | Respectfully submitted, |
| | SCOTT ERIK ASPHAUG<br>Acting United States Attorney |
| | *s/ Judith R. Harper*<br>**JUDITH R. HARPER**<br>Assistant United States Attorney |