BRIAN MICHAELS, OSB #925607
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: (541) 687-0578
Fax: (541) 686-2137
brian@brianmichaelslaw.com

Attorney For Claimant

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>**$36,858.50 U.S. Currency and ASSORTED GOLD/SILVER BARS,** *in rem*,<br>        Defendant,<br>V.<br><br>LORETA DANIELS-MILYTE,<br><br>        Claimant | Case No: 6:20-CV-01863-BR<br><br>DECLARATION OF CLAIM<br><br>SUBMITTED BY<br><br>LORETA DANIELS-MILYTE |

Claimant LORETA DANIELS MILYTE, herein submits her Claim for **$36,858.50 U.S. Currency and ASSORTED GOLD/SILVER BARS,** *in rem*, of Defendant property.

Undersigned Declarant LORETA DANIELS-MILYTE, by virtue of being the mother of Vidas Stravinskas, original claimant, now deceased, has an ownership

PAGE 1 - DECLARATION OF CLAIM SUBMITTED BY LORETA DANIELS MILYTE

interest in the Defendant $36,858.50 U.S. Currency and ASSORTED GOLD/SILVER BARS, in rem, property seized, as referenced above. A copy of the letter received from the government is attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      DATED This 30th day of August 2021,

BY:

      _____s/ LORETA DANIELS-MILYTE,\_\_\_
      LORETA DANIELS-MILYTE,