BRIAN MICHAELS, OSB #925607
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: (541) 687-0578
Fax: (541) 686-2137
brian@brianmichaelslaw.com

Attorney For Claimant

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>**$36,858.50 U.S. Currency and ASSORTED GOLD/SILVER BARS,** *in rem*,<br>        Defendant,<br>V.<br><br>LORETA DANIELS-MILYTE,<br>AS PENDING REPRESENTATIVE OF  THE ESTATE OF VIDAS STRAVINSKAS<br><br>        Claimant | Case No: 6:20-CV-01863-BR<br><br>DECLARATION OF CLAIM<br><br>SUBMITTED BY<br>LORETA DANIELS-MILYTE<br>AS PENDING REPRESENTATIVE<br>OF THE ESTATE OF<br>VIDAS STRAVINSKAS |

Claimant LORETA DANIELS MILYTE, herein submits her Claim for **$36,858.50 U.S. Currency and ASSORTED GOLD/SILVER BARS,** *in rem*, of Defendant property.

Undersigned Declarant LORETA DANIELS-MILYTE, by virtue of being the

PAGE 1 - DECLARATION OF CLAIM SUBMITTED BY LORETA DANIELS MILYTE

mother of Vidas Stravinskas, original claimant, now deceased, on behalf of the estate of Vidas Stravinskas, has an ownership interest in the Defendant $36,858.50 U.S. Currency and ASSORTED GOLD/SILVER BARS, in rem, property seized, as referenced above. A copy of the letter received from the government is attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED This 30th day of August 2021,

BY:

_____s/ LORETA DANIELS-MILYTE,\_\_\_
LORETA DANIELS-MILYTE,

PAGE 2 - DECLARATION OF CLAIM SUBMITTED BY LORETA DANIELS MILYTE