| | | |
|---|---|---|
| **PORTLAND MAIN OFFICE**<br>1000 SW Third Avenue, Suite 600<br>Portland, Oregon 97204<br>(503) 727-1000<br>*www.usdoj.gov/usao/or*<br><br>Judith Harper<br>Assistant U.S. Attorney<br>Judi.Harper@usdoj.gov<br>(541) 776-3564<br>*Rep!J₁ to Medford Office* | <br><br>**U.S. DEPARTMENT OF JUSTICE**<br>United States Attorney's Office<br>District of Oregon<br>Scott Erik Asphaug<br>Acting United States Attorney | **EUGENE BRANCH**<br>405 E 8th Avenue, Suite 2400<br>Eugene, Oregon 97401<br>(541) 465-6771<br><br>**MEDFORD BRANCH**<br>310 West Sixth Street<br>Medford, Oregon 97501<br>(541) 776-3564 |

August 4, 2021

### CERTIFIED MAIL RETURN RECEIPT REQUESTED

Loreta Druuels aka Loreta Danielsmilyte
789 N. Taylor Street
Philadelphia, PA 19130

RE:   *United States v. $36,858.50 US. Currency et al., in rem*
        Civil No. 6:20-CV-01863-BR, USDC Oregon

Dear Ms. Daniels or Danielsmilyte:

    Enclosed are copies of the Complaint, Warrant, and Civil Case Assignment Order in the above-referenced civil *in rem* forfeiture action. Pursuant to Rule 0(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, if you wish to assert an interest in the defendant property and contest the forfeiture, you must file a claim with the Clerk of the U.S. District Court for the District of Oregon, 405 East Eighth Avenue, Eugene, Oregon 97401, no later than **Wednesday, September 8, 2021.** The claim must: (a) identify the specific property claimed; (b) identify the claimant and state the claimant's interest in the property; (c) be signed by the claimant under penalty of perjury; and (d) be served upon Judith R. Harper, Assistant United States Attorney, 310 West Sixth Street, Medford, OR 97501. In addition, any person having filed such a claim shall also serve and file an answer to the complaint within <u>21 days</u> after the filing of the claim, as provided by Rule G(5)(b).

    Any claim you filed with the seizing agency in an administrative proceeding and any petition you filed in a related action are **NOT** a substitute for the claim you must file in this action which meets the requirements of and with.in tl1e time allowed under Rule G(5)(b), as described above.

    Thank you for your immediate attention to the enclosures. If you have any questions, please contact me at 541-776-3564.

                          Sincerely,
                            SCOTT E. ASPHAUG
                            Acting United States Attorney

                            *s/Judith R. Harper*
                            JUDITH R. 1-IARPER
                            Assistant United States Attorney

Enclosures:   Complaint, Warrant, and Civil Case Assigiunent Order