BRIAN MICHAELS, OSB #925607
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: (541) 687-0578
Fax: (541) 686-2137
brian@brianmichaelslaw.com

Attorney For Claimant

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>         v.<br><br>**$36,858.50 U.S. Currency and ASSORTED GOLD/SILVER BARS,** *in rem*,<br>                    Defendant,<br>         V.<br><br>LORETA DANIELS-MILYTE, and LORETA DANIELS-MILYTE, AS PENDING REPRESENTATIVE OF THE ESTATE OF VIDAS STRAVINSKAS<br><br>                    Claimants | **Case No:** 6:20-CV-01863-BR<br><br>CLAIMANTS' ANSWER<br><br>JURY TRIAL REQUESTED |

Claimants LORETA DANIELS MILYTE, and LORETA DANIELS-MILYTE, AS PENDING REPRESENTATIVE OF THE ESTATE OF VIDAS STRAVINSKAS herein submits their Answer to Government's Complaint, *in rem*.

PAGE 1 - CLAIMANTS' ANSWER

I.

Claimants herein admit to paragraphs 1 and 2 of Plaintiff's Complaint.

2.

Claimants are without sufficient knowledge to answer Paragraph 3, therefore deny Paragraph 3.

3.

Claimant raises these Affirmative defenses:

I.

Defendant property was seized in violation of the Fourth Amendment.

4.

Claimant requests a trial by jury of the issues and defenses he raises through his answer and claim.

WHEREFORE, claimants pray this Court:

1) award their costs and attorney fees related to protecting their interest in defendant property, and

2) provide such other relief during the course of these proceedings as the Court deems proper and just.

RESPECTFULLY SUBMITTED This 8th day of December 2015,
BY:

    __s/ BRIAN MICHAELS_____

PAGE 2 - CLAIMANTS' ANSWER

BRIAN MICHAELS

PAGE 3 - CLAIMANTS' ANSWER