SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:   (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-cv-01863-BR |
| Plaintiff, | |
| v. | **SECOND STATUS REPORT** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*, | |
| Defendants. | |

The United States of America hereby files this second status report in compliance with this Court's Order.   (ECF No. 7).

The owner of the defendant property in this matter who filed a claim in the administrative forfeiture process passed away in September 2020.   The government attempted to reach any potential claimants of decedent's estate through claimant's prior attorney, Brian Michaels, and through certified mailings sent out on August 4, 2021 to possible relatives of the decedent.

On September 5, 2021 two claims were filed in this matter – one by Loreta Daniels-Milyte and one by the Estate of Vidas Stravinskas.   (ECF Nos. 8, 9).   On September

21, 2021, an Answer to this Complaint was jointly filed by both parties who filed the claims. (ECF No. 10).

The parties are now working on discovery and seeking documentation that may clarify how decedent acquired the defendants, *in rem,* $36,858.50 U.S. Currency, and Assorted Precious Metals in Gold and Silver Bars, through means other than drug trafficking.

DATED:   October 5, 2021.                                  Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney