SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:  (541) 776-3564
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-cv-01863-BR |
| **Plaintiff,** | |
| v. | **MOTION FOR ENTRY OF AN ORDER OF DEFAULT** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*, | |
| **Defendants.** | |

The United States of America pursuant to Rule 55, Fed.R.Civ.P., and Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the records and files in this action, moves this Court for entry of default against defendants $36,858.50 U.S. Currency and Assorted Precious Metals in Gold and Silver Bars, *in rem*, and all persons claiming any right, title, or interest in or to this defendant for failure to plead, claim, answer, or otherwise defend this action after proper notice in this civil *in rem* forfeiture action was given by the United States of America, except the claims of Loreta Daniels-Milyte and the Estate of Vidas Stravinskas.

**Motion for Entry of an Order of Default**                                                                 Page 1

This motion is supported by the Declaration of Assistant United States Attorney Judith R. Harper filed herewith pursuant to Rule 55, Fed.R.Civ.P., and L.R. 1030.

DATED: **December 21, 2021**

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Judith R. Harper*
JUDITH R. HARPER
Assistant United States Attorney
