SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone: (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*,<br><br>    **Defendants.** | 6:20-cv-01863-BR<br><br>DECLARATION OF ASSISTANT UNITED STATES ATTORNEY JUDITH R. HARPER IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER OF DEFAULT |

I, Judith R. Harper, am an Assistant United States Attorney for the District of Oregon assigned to the above-entitled forfeiture action. I have reviewed the records and files in this action, and from that review declare the following.

    1.   On October 29, 2020, the United States filed a verified complaint *in rem* seeking forfeiture of the defendants, *in rem,* $36,858.50 U.S. Currency and Assorted Precious Metals in Gold and Silver Bars.

    2.   On October 30, 2020, this Court issued a Warrant for Arrest of the defendants, and the United States Marshals Service executed the warrant.

**Declaration of AUSA Judith R. Harper in Support of Motion**                                                        Page 1

3. On November 24, 2020, copies of the Complaint, Warrant, and Civil Case Assignment Order were mailed by certified mail, return receipt requested, to Nicholus Alexander Andrews, a tenant at the property where the assets were seized, and the envelope was returned by the U.S. Postal Service as undeliverable, unable to forward. The delivery address on the certified mailer indicated 550 South State Street, Unit 10, Sutherlin, OR 97470.

4. On November 24, 2020, copies of the Complaint, Warrant, and Civil Case Assignment Order were mailed by certified mail, return receipt requested, to Nicholus Alexander Andrews, a tenant at the property where the assets were seized, and the envelope was returned by the U.S. Postal Service as undeliverable, unable to forward. The delivery address on the certified mailer indicated 1145 West 11th Avenue, Apartment 1, Eugene, OR 97402.

5. On November 24, 2020, copies of the Complaint, Warrant, and Civil Case Assignment Order were mailed by certified mail, return receipt requested, to Helayna Doris Louise Bartee, a tenant at the property where the assets were seized, and the envelope was returned by the U.S. Postal Service as undeliverable, unable to forward. The delivery address on the certified mailer indicated 401 North Comstock Road, Space #39, Sutherlin, OR 97479.

6. On November 24, 2020, copies of the Complaint, Warrant, and Civil Case Assignment Order were mailed by certified mail, return receipt requested, to Helayna Doris Louise Bartee, a tenant at the property where the assets were seized, and the envelope was returned by the U.S. Postal Service as undeliverable, unable to forward. The delivery address on the certified mailer indicated 1145 West 11th Avenue, Apartment 1, Eugene, OR 97402.

7. On November 9 and 10, 2020; December 3 and 4, 2020; December 10, 2020; and July 15, 2021, emails were exchanged between Brian Michaels, attorney for the owner of the defendants, in rem. The owner passed away in September 2020, and the government attempted

**Declaration of AUSA Judith R. Harper in Support of Motion**                                  Page 2

to locate any possible heirs to the decedent's estate. Brian Michaels was not able to confirm that he could accept service on behalf of the estate.

       8. On August 4, 2021, copies of the Complaint, Warrant, and Civil Case Assignment Order were mailed by certified mail, return receipt requested, to Loreta Druuels aka Loreta Danielsmilyte, a possible relative of decedent Stravinskas, and the signed receipt was returned by the U.S. Postal Service. The delivery address on the certified mailer indicated 789 N. Taylor Street, Philadelphia, PA 19130.

       9. On August 4, 2021, copies of the Complaint, Warrant, and Civil Case Assignment Order were mailed by certified mail, return receipt requested, to Sigita Stravilnskaig aka Sigita Stravinskaite, a possible relative of decedent Stravinskas, and the signed receipt was returned by the U.S. Postal Service. The delivery address on the certified mailer indicated 789 N. Taylor Street, Philadelphia, PA 19130.

       10. On September 4, 2021, Loreta Daniels-Milyte filed a claim and on September 20, 2021, Loreta Daniels-Milyte filed an answer to plaintiff's complaint.

       11. On September 4, 2021, Loreta Daniels-Milyte, on behalf of the Estate of Vidas Stravinskas, filed a claim and on September 20, 2021, Loreta Daniels-Milyte, on behalf of the Estate of Vidas Stravinskas, filed an answer to plaintiff's complaint.

       12. All parties known to the United States as having a potential interest in these defendants were researched through Thomson Reuters Clear, a public records database to which the US Attorney' Office subscribes, to verify that mailing addresses are the most current.

       13. I know of no other persons who may have an interest in defendant.

       14. As previously indicated in the Declaration of Publication (ECF No. 5) filed on July 14, 2021, notice of this forfeiture proceeding was posted on an official government internet site

**Declaration of AUSA Judith R. Harper in Support of Motion**         **Page 3**

www.forfeiture.gov for at least 30 consecutive days, beginning on May 12, 2021, and ending on June 10, 2021.

15. Except as outlined above in paragraphs 10 and 11, no claims or answers have been filed. Under Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the time for filing a claim and answer has passed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **December 21, 2021**.   Respectfully submitted,

SCOTT E. ASPHAUG
Acting United States Attorney

*s/ Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney