# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **6:20-cv-01863-BR** |
| **Plaintiff,** | |
| **v.** | **ORDER OF DEFAULT** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS, *in rem*,** | |
| **Defendants.** | |

This matter having come before the Court on plaintiff's motion for entry of an Order of Default as to defendants, *in rem,* $36,858.50 U.S. Currency and Assorted Precious Metals in Gold and Silver Bars, except the claims of Loreta Daniels-Milyte and Loreta Daniels-Milyte, on behalf of the Estate of Vidas Stravinskas, and notice having been properly given, and based upon the records and files of this action,

IT IS ORDERED AND ADJUDGED that the defendants, *in rem,* $36,858.50 U.S. Currency and Assorted Precious Metals in Gold and Silver Bars, and all persons claiming any right, title, or interest in or to this defendant, except Loreta Daniels-Milyte and Loreta Daniels-

\\\

\\\

\\\

**Order of Default**                                    **Page 1**

Milyte, on behalf of the Estate of Vidas Stravinskas, are in default for want of claim, answer, or

other response or pleading, and such default be entered pursuant to Rule 55(a) of the Federal

Rules of Civil Procedure.

DATED this 21st day of December 2021.


/s/ Anna J. Brown
_____
**HONORABLE ANNA J. BROWN**
United States Senior District Judge

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney