SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:   (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-cv-01863-BR |
| Plaintiff, | |
| v. | **THIRD STATUS REPORT** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*, | |
| Defendants. | |

The United States of America hereby files this third status report in compliance with this Court's Order.   (ECF No. 12).

On September 5, 2021 two claims were filed in this matter – one by Loreta Daniels-Milyte and one by the Loreta Daniels-Milyte on behalf of the Estate of Vidas Stravinskas.   (ECF Nos. 8, 9).   On September 21, 2021, an Answer to this Complaint was jointly filed by both parties who filed the claims. (ECF No. 10).   An Order of Default was entered on December 21, 2021 defaulting all claimants except for those filed by Loreta Daniels-Milyte individually and on behalf of the Estate of Vidas Stravinskas.   (ECF No. 15)

     The government is seeking documentation that may clarify how decedent acquired the defendants, *in rem,* $36,858.50 U.S. Currency, and Assorted Precious Metals in Gold and Silver Bars, through means other than drug trafficking.   Due to delays in handling the probate matters connected with the estate of Vidas Stravinskas, claimants have not been able to provide any documentation to date.   The government does not object to an extension of 90 days for claimants to resolve the probate issues and provide documentation to support the claims of the acquisition of the defendants, *in rem*, through means other than drug trafficking.   If claimants are unable to provide any documentation supporting their claims, the government seeks to file a motion for a final judgment of forfeiture.

DATED:   December 27, 2021.                    Respectfully submitted,

                                                                                 SCOTT ERIK ASPHAUG
                                                                                 United States Attorney

                                                                                 *s/ Judith R. Harper*
                                                                                 **JUDITH R. HARPER**
                                                                                 Assistant United States Attorney