NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:   (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-cv-01863-BR |
| **Plaintiff,** | |
| v. | **SIXTH STATUS REPORT** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*, | |
| **Defendants.** | |

The United States of America hereby files this sixth status report in compliance with this Court's Order.   (ECF No. 21).

On September 5, 2021, two claims were filed in this matter – one by Loreta Daniels-Milyte and one by the Loreta Daniels-Milyte on behalf of the Estate of Vidas Stravinskas.   (ECF Nos. 8, 9).   On September 21, 2021, an Answer to this Complaint was jointly filed by both parties who filed the claims. (ECF No. 10).   An Order of Default was entered on December 21, 2021 defaulting all claimants except for those filed by Loreta Daniels-Milyte individually and on behalf of the Estate of Vidas Stravinskas.   (ECF No. 15)

The government is seeking documentation that may clarify how decedent acquired the defendants, *in rem,* $36,858.50 U.S. Currency, and Assorted Precious Metals in Gold and Silver Bars, through means other than drug trafficking. Due to delays in handling the probate matters connected with the estate of Vidas Stravinskas, claimants have not been able to provide any documentation to date.

On May 3, 2022, Sigita Stravinskaite was appointed as the personal representative of the estate of Vidas Jacob Stravinskas. (*In the Matter of the Estate of Vidas Jacob Stravinskas*, Lane County Circuit Court Case No. 21PB10019).

The government does not object to an extension of 90 days for either or both claimants to provide documentation as to how decedent acquired the defendants, *in rem,* $36,858.50 U.S. Currency, and Assorted Precious Metals in Gold and Silver Bars, through means other than drug trafficking.

The government is prepared to file a status report with this Court by November 30, 2022, or a motion for a final judgment if no documentation is provided.

DATED:   September 1, 2022.

>Respectfully submitted,
>
>NATALIE K. WIGHT
>United States Attorney
>
>s/ *Judith R. Harper*
>**JUDITH R. HARPER**
>Assistant United States Attorney