NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:   (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-cv-01863-MO |
| Plaintiff, | |
| v. | **EIGHTH STATUS REPORT** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem*, | |
| Defendants. | |

The United States of America hereby files this eighth status report in compliance with this Court's Order.  (ECF No. 25).

On September 5, 2021, two claims were filed in this matter – one by Loreta Daniels-Milyte and one by the Loreta Daniels-Milyte on behalf of the Estate of Vidas Stravinskas.  (ECF Nos. 8, 9).  On September 21, 2021, an Answer to this Complaint was jointly filed by both parties who filed the claims. (ECF No. 10).   An Order of Default was entered on December 21, 2021, defaulting all claimants except for those filed by Loreta Daniels-Milyte individually and on behalf of the Estate of Vidas Stravinskas.   (ECF No. 15).

On May 3, 2022, Sigita Stravinskaite was appointed as the personal representative of the estate of Vidas Jacob Stravinskas.   (*In the Matter of the Estate of Vidas Jacob Stravinskas*, Lane County Circuit Court Case No. 21PB10019).

The parties negotiated a settlement agreement with Loreta Daniels-Milyte and Sigita Stravinskaite. The government received the final signatures on the paperwork today, and will file the settlement agreement, the withdrawal of one of the claims, and a motion for a final order of forfeiture this week.

DATED:    January 30, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney