NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:  (541) 776-3564
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **6:20-cv-01863-MO** |
| **Plaintiff,** | |
| v. | **WITHDRAWAL OF CLAIM AND ANSWER OF FIRST LORETA DANIELS-MILYTE** |
| **$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS,** *in rem,* | |
| **Defendants.** | |

Claimant, Loreta Daniels-Milyte, hereby knowingly and voluntarily withdraws her claim

and answer filed in the above-captioned case.


_____          DATE: _01-22-23_
Loreta Daniels-Milyte
Claimant

_s/ Brian Michaels_                                    DATE: _1/30/2023_
BRIAN MICHAELS
 Attorney for Loreta Daniels-Milyte


**Withdrawal of Claim and Answer**                                    **Page 1**