NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:   (541) 776-3564
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:20-cv-01863-MO |
| Plaintiff, | |
| v. | MOTION FOR FINAL JUDGMENT OF FORFEITURE |
| $36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS, *in rem*, | |
| Defendants. | |

On December 12, 2021, this Court granted an Order of Default against all persons claiming any right, title or interest to these defendants, *in rem*, except claimants Loreta Daniels-Milyte, individually, and Loreta Daniels-Milyte on behalf of the Estate of Vidas Stravinskas.

On January 31, 2023, Loreta Daniels-Milyte withdrew her individual claim to the defendants, *in rem*.

On January 31, 2023, a Settlement Agreement was filed in this Court between the United States and sole remaining claimant, Estate of Vidas Stravinskas, wherein the United States agrees to return to claimant $7,500.00, a portion of the $36,858.50 in U.S. currency, and the

**Motion for Final Judgment of Forfeiture**                                                                                              Page  1

remaining $29,358.50 in U.S. currency along with the assorted precious metals in gold and silver bars will be forfeited to the United States.

Therefore, the United States of America, through Natalie K. Wight, United States Attorney for the District of Oregon, and Judith R. Harper, Assistant United States Attorney, hereby moves this Court for a Final Judgment of Forfeiture for $29,358.50 in U.S. currency and assorted precious metals in gold and silver bars.

DATED: **February 3, 2023**.                Respectfully submitted,

                                                       NATALIE K. WIGHT
                                                      United States Attorney

                                                      s/ *Judith R. Harper*
                                                      **JUDITH R. HARPER**
                                                      Assistant United States Attorney