UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$36,858.50 U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS, *in rem*,<br><br>Defendants. | 6:20-cv-01863-MO<br><br>FINAL JUDGMENT OF FORFEITURE AS TO $29,358.50 IN U.S. CURRENCY and ASSORTED PRECIOUS METALS IN GOLD AND SILVER BARS, AND CERTIFICATE OF REASONABLE CAUSE |

Based upon this Court's Order of Default entered December 12, 2021, the Withdrawal of the claim of Loreta Daniels-Milyte filed on January 31, 2023, and on the Settlement Agreement between the United States and the Estate of Vidas Stravinskas filed on January 31, 2023, whereby United States agrees to return to claimant $7,500.00, a portion of the $36,858.50 in U.S. currency; and the remaining $29,358.50 in U.S. currency along with the assorted precious metals in gold and silver bars will be forfeited to the United States,

IT IS ORDERED AND ADJUDGED that based upon the records and files in this action, this Court has subject matter jurisdiction, and $29,358.50 U.S. Currency and assorted precious metals in gold and silver bars, *in rem*, are condemned and forfeited to the United States of America, free and clear of the claims of any and all persons claiming any right, title or interest in or to this defendant, including the Estate of Vidas Stravinskas. The United States Marshals Service is directed to immediately transfer the custody and possession of the defendants

$29,358.50 in U.S. currency and assorted precious metals in gold and silver bars, representing a portion of the defendants, *in rem*, $36,858.50 in U.S. currency and assorted precious metals in gold and silver bars, to the Attorney General for disposition in accordance with applicable statutes and regulations and provisions of this judgment.

IT IS FURTHER ORDERED that, pursuant to the Settlement Agreement filed on January 31, 2023, the United States shall return defendant $7,500.00 U.S. Currency, the remaining portion of the defendant currency, without interest as calculated by the Department of Treasury, to the Estate of Vidas Stravinskas.

Pursuant to 28 U.S.C. § 2465(a)(2), this Court CERTIFIES that there was reasonable cause for the arrest of defendants $36,858.50 in U.S. Currency and assorted precious metals in gold and silver bars, *in rem*, and no federal, state, county, or city official or agency involved in such arrest shall be liable to suit or judgment on account of such arrest of defendant property.

The parties will each bear their own costs and attorney's fees incurred in prosecuting and defending this action.

DATED: February 3, 2023.

_____
HONORABLE MICHAEL MOSMAN
Senior United States District Judge

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney